ACCEPTED
03-15-00429-CV
7950432
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/23/2015 1:52:30 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00429-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/23/2015 1:52:30 PM
JEFFREY D. KYLE
Clerk

## IN THE THIRD COURT OF APPEALS
## AUSTIN, TEXAS

DENNIS DRAPER, GREG HADLEY, and CHARLES HUSTON,
Appellants,

v.

AUSTIN MANUFACTURING SERVICES, I, INC.,

Appellee.

---

**On Appeal from No. D-1-GN-09-004416
In the 353rd Judicial District Court, Travis County
Honorable Orlinda Naranjo, Presiding**

---

### SECOND UNOPPOSED MOTION TO EXTEND TIME TO FILE
### APPELLEE'S BRIEF ON THE MERITS

---

**DYKEMA COX SMITH**

Christopher D. Kratovil
State Bar No. 24027427
Email: ckratovil@dykema.com
1717 Main Street, Suite 4200
Dallas, Texas 75201
(214) 462-6400 – Telephone
(214) 462-6401 – Facsimile

**DYKEMA COX SMITH**

Kristina M. Williams
State Bar No. 24078303
Email: kwilliams@dykema.com
111 Congress Avenue, Suite 1800
Austin, Texas 78701
(512) 703-6300 – Telephone
(866) 793-5834 – Facsimile

**COUNSEL FOR APPELLEE**

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellee Austin Manufacturing Services, I, Inc. ("Appellee") respectfully requests an additional fourteen (14) day extension of time, until and through Monday, December 14, 2015, under Texas Rule of Appellate Procedure 38.6(d), to file Appellee's Brief on the Merits in this proceeding. No party opposes or objects to this request for an extension of time. In support of this Motion, Appellee shows as follows:

**I.**
**Background and Reasons for Extension**

Appellants filed a notice of appeal on July 14, 2015. Appellants' Brief was originally due no later than September 16, 2015. Appellants filed an Unopposed Motion for Extension of Time to file Brief of Appellants on September 15, 2015. This Court granted Appellants' Motion, setting the due date for Appellants' Brief as September 23, 2015. Appellants filed a second Unopposed Motion for Extension of Time to file Brief of Appellants on September 23, 2015. This Court granted Appellants' Motion, setting the due date for Appellants' Brief on September 30, 2015. Appellants filed their Brief on the Merits on September 30, 2015. Appellee filed an Unopposed Motion for Extension of Time to file Brief of Appellee on October 6, 2015. This Court granted Appellee's Motion, setting the due

date for Appellee's Brief on November 30, 2015. As such, Appellee's Response Brief on the Merits is presently due on Monday, November 30, 2015.

In preparation of Appellee's Brief, Appellee identified several items from the Trial Court docket not part of the existing Clerk's Record on Appeal, including the Trial Court's September 25, 2014 Letter Ruling and several post-trial briefs prepared by the parties. Appellee made a request to the Trial Court for preparation of a supplemental record on appeal on November 13, 2015. As of the date of this Motion, the parties await preparation of this supplemental record on appeal. Texas Courts and Judicial Branch Agencies are closed on Thursday, November 26 and Friday, November 27, 2015. Appellee seeks to extend the deadline for their Brief so that Appellee may properly incorporate references to the supplemental record in Appellee's Brief. Appellee respectfully requests a fourteen (14) day extension of time to file Appellee's Response Brief on the Merits in this matter. *See* TEX. R. APP. P. 38.6(d).

## II.
### Unopposed Request for Extension of Time and Prayer

Appellee requests that the time to file their Response Brief on the Merits be extended fourteen (14) days from November 30, 2015, until and

including Monday, December 14, 2015. *See* TEX. R. APP. P. 38.6(d). This relief is not sought for the purpose of delay, but so that justice may be done in the disposition of the case.

For these reasons, Appellee Austin Manufacturing Services, I, Inc. respectfully requests that the Court grant this Motion to extend the due date for the Response Brief on the Merits in this proceeding by fourteen (14) days, until and including Monday, December 14, 2015.

Respectfully submitted,
**DYKEMA COX SMITH**

 */s/ Christopher D. Kratovil*
Christopher D. Kratovil
State Bar No. 24027427
1717 Main Street, Suite 4200
Dallas, Texas 75201
(214) 462-6400 - Telephone
(214) 462-6401 – Facsimile

Kristina M. Williams
State Bar No. 24078303
Email: kwilliams@dykema.com
111 Congress Avenue, Suite 1800
Austin, Texas 78701
(512) 703-6300 – Telephone
(866) 793-5834 – Facsimile

COUNSEL FOR APPELLEE
AUSTIN MANUFACTURING SERVICES,
I, INC.

3

## CERTIFICATE OF CONFERENCE

In accordance with the Texas Rules of Appellate Procedure, I certify that I conferred via email with Counsel to the Appellants, Michael S. Truesdale of Law Office of Michael S. Truesdale, PLLC, on November 19, 2015, who informed me that his clients do not oppose any of the relief sought in this Motion. Therefore, this Motion is submitted as **unopposed**.

*/s/ Kristina M. Williams*
Kristina M. Williams

## CERTIFICATE OF SERVICE

In accordance with the Texas Rules of Appellate Procedure, I certify that a true and correct copy of this *UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE BRIEF ON THE MERITS* was served upon the following counsel of record by this Court's electronic filing system on November 23, 2015:

Mike Truesdale
Law Office of Michael S. Truesdale PLLC
801 West Avenue, Suite 201
Austin, Texas  78701
512.482.8671
512.507.3812 cell
866.847.8719 fax
Email: mike@truesdalelaw.com

*/s/ Kristina M. Williams*
Kristina M. Williams

4837-5163-9339.1
ID\WILLIAMS, KRISTINA - 106453\000002

5